[No. 59808-2-I.   Division One.   April 12, 2010.]

*In the Matter of the Detention of* CHARLES DECUIR.

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DECUIR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-13938-2, James H. Allendoerfer, J., entered March 9, 2007. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Lau, JJ.

[No. 62074-6-I.   Division One.   April 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. OPPELT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03476-0, Bruce I. Weiss, J., entered July 17, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.

[No. 62371-1-I.   Division One.   April 12, 2010.]

THE CITY OF SEATTLE, *Respondent*, v. TIFFANY O'CONNOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10576-6, Laura C. Inveen, J., entered August 25, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 62749-0-I.   Division One.   April 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL P. MCFARLANE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00162-7, Dave Needy, J., entered November 17, 2008. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Lau, JJ.